

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2019

No. 04-19-00368-CV

**IN RE** Ronald J. **BAZAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

On May 31, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on June 3, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 19-121, styled *In the Interest of B.R.S. and L.J.B., Children*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Stephen B. Ables presiding.